UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CANDY STONEMAN,

      Plaintiff,

v.

      CIVIL ACTION NO.  3:11cv855
      Hon. Henry Hudson

ASR RESTORATION, INC., t/a
SERVPRO OF RICHMOND, INC.,

and

SERVPRO INDUSTRIES, INC.,

      Defendants.

## PLAINTIFF'S NOTICE OF DISMISSAL TO DEFENDANT SERVPRO INDUSTRIES, INC., PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

TAKE NOTICE that plaintiff, Candy Stoneman, by counsel, hereby dismisses this action without prejudice against Defendant Servpro Industries, Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Plaintiff, Candy Stoneman, is dismissing this action against Defendant Servpro Industries, Inc., because they are not affiliated with Defendant ASR Restoration, Inc., Plaintiff's former employee.

Defendant Servpro Industries, Inc., has filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

*Endorsements on Following Page*

                                                Respectfully submitted,
                                                **CANDY STONEMAN**
                                                Plaintiff

                                                By:_____/s/_____

Jonathan Halperin, VSB No. 32698
Seth Carroll, VSB No. 74745
Geoff McDonald & Associates, P.C.
3315 West Broad Street
Richmond, VA 23230
Phone: (804) 359-4446
Facsimile: (804) 359-5426
jhalperin@mcdonaldinjurylaw.com
scarroll@mcdonaldiinjurylaw.com
Attorneys for Plaintiff Candy Stoneman

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will the send notification of such filing to:

Jack W. Burtch, Jr., Esq.
Douglas R. Burtch, Esq.
Macauley & Burtch, P.C.
1015 East Main Street
Richmond, VA 23219
Phone: (804) 649-4009
Facsimile: (804) 649-3854
jburtch@macbur.com
dburtch@macbur.com
*Counsel for Defendant ASR Restoration, Inc.*

Joel W. Brasfield, Esq.
Servpro Industries, Inc.,
801 Industrial Boulevard
Gallatin, TN 37066
JBrasfield@servpronet.com
*Corporate Counsel for Servpro Industries, Inc.*

                                                  _____/s/_____
                                                  Jonathan E. Halperin
                                                  Seth Carroll