IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CANDY STONEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:11CV855–HEH |
| | ) |
| ASR RESTORATION, INC., t/a | ) |
| SERVPRO OF RICHMOND, INC., and | ) |
| SERVPRO INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Stipulation of Dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) (i). It appearing just and proper to do so, it is HEREBY ORDERED that this action is DISMISSED as to Defendant Servpro Industries, Inc.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                      /s/
                                         Henry E. Hudson
                                       United States District Judge

Date: March 12, 2012
Richmond, VA