UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
AUG - 3 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

CANDY STONEMAN,

    Plaintiff,

v.

    CIVIL ACTION NO. 3:11cv855
    Hon. Henry Hudson

ASR RESTORATION, INC., t/a
SERVPRO OF RICHMOND, INC.,

and

SERVPRO INDUSTRIES, INC.,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff Candy R. Stoneman and Defendant ASR Restoration, Inc. t/a Servpro of Richmond, Inc. (collectively the "Parties") represent to the Court that all matters in controversy between them have been amicably resolved and compromised, and stipulates to the dismissal of this action with prejudice in its entirety.

    UPON CONSIDERATION WHEREOF, it appearing to the Court that the parties are in agreement, have resolved the controversies between them, and that the interest of justice will be served, and finding it otherwise proper to do so, it is ORDERED that the above-style case is dismissed with prejudice in its entirety. Each party hereto shall bear its own costs and attorneys' fees in this matter.

Date: Aug 3, 2012                    /s/
_____
Judge, United States District Court
Eastern District of Virginia, Richmond Division


WE ASK FOR THIS:

_____/s/_____          _____/s/_____
Seth Carroll, Esq. (VSB No. 74745)   Jack W. Burtch, Jr., Esq. (VSB No. 13217)
Geoffrey R. McDonald & Associates    Douglas R. Burtch, Esq. (VSB No. 65316)
3315 West Broad Street               Macaulay & Burtch, P.C.
Richmond, Virginia 23230             1015 East Main Street
(804) 359-4446 Phone                 Richmond, Virginia 23219
(804) 359-5426 Fax                   (804) 649-4009 Phone
*Counsel for Plaintiff*              (804) 649-3854 Fax
                                     *Counsel for Defendant*